WM. S. PITCAIRN CORP. *v.* UNITED STATES

**No. 6395.**—Invoice dated Birmingham, England, September 6, 1941.
Entered at New York, N. Y., October 10, 1941.
Entry No. 718977.

(Decided September 30, 1946)

*Benjamin A. Levett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the entered values. Insofar as the appeal relates to all other merchandise it is hereby dismissed.
Judgment will be rendered accordingly.

F. R. TRIPLER & CO., INC., ET AL. *v.* UNITED STATES

**No. 6396.**—Invoices dated Hawick, England, July 21, 1941, etc.
Certified July 23, 1941, etc.
Entered at New York, N. Y., September 13, 1941, etc.
Entry No. 5147, etc.

(Decided September 30, 1946)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.
The agreed set of facts, embodied in the stipulation of submission, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values of the articles in question are the appraised values, less additions made by the importers on entry because of advances in similar cases.